No. 72–246.  Interstate Commerce Commission v. IML SeaTransit, Ltd., et al.  Affirmed on appeal from D. C. N. D. Cal.  Mr. Justice Douglas, Mr. Justice White, and Mr. Justice Rehnquist would note prob-

able jurisdiction and set case for oral argument. ▉